```
MARK A. BAILEY, ESQ.
BAR ID. # 004372003
1309 BOUNDBROOK RD
MIDDLESEX, NEW JERSEY 08846
(866) 668-5058
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HONORABLE JULIEN X. NEALS, USDJ |
| | : | |
| | : | CRIMINAL NO. 22-174 |
| Plaintiff, | : | |
| v. | : | |
| | : | CONSENT ORDER |
| ELIJAH LEE | : | |
| | : | |
| Defendant. | : | |
| .. .. .. .. .. .. .. .. .. .. | : | |

This matter having been brought before the Court by consent of Mark A, Bailey, attorney for the defendant, Elijah Lee and Assistant United States Attorney, Christopher Fell, District of New Jersey, appearing on behalf of the United States and deferring to Elizabeth G. Charleston , United States Pretrial Service Officer hereby request an Order consenting to allow Mr. Lee to travel on or around August 6, 2024, to attend his brother's, Raphael Lee, wedding at The El Dorado Royale in Riviera Maya, Mexico on August 8, 2024. The following are the terms consented to by all parties to allow Mr. Lee to renew/obtain a passport and attend the aforementioned wedding:

1. Mr. Lee will be permitted to make and application for the renewal of his passport and Pre-trial services is be notified immediately of the receipt of said Passport.

2. Mr.  Lee is to provide Pretrial Services with his full travel itinerary, to include flight and hotel confirmations, in advance of travel.

3. After receipt of said passport, Mr. Lee is to then surrender same to Pre-trial services.

4. Pre-trial services will return Mr. Lee's surrendered passport within 48 hours of his confirmed departure and Mr. Lee will return said passport with 48 hours of his return to the U.S.

5. All other restrictions and/or conditions shall remain in force.

For good cause shown:

It is on this 21st  day of  June  ,2024,

ORDERED that the defendant's Mr. Lee shall abide by the above conditions.

Dated: 6/21/2024

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge

Form and entry
consented to:

/s/ Christopher Fell /s/
_____
Christopher Fell
Assistant U.S. Attorney

*/s/ Mark-Anthony Bailey/s/*
_____
Mark A. Bailey
Counsel for Defendant ELIJAH LEE