## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIJAH LEE and IMMANUEL MAJERSKA<br><br>Defendants. | Criminal Action No. 22-cr-174 (JXN)<br><br>**ORDER** |

**NEALS**, District Judge

**THIS MATTER** having come before the Court on the motions to suppress filed by Defendants Immanuel Majerska ("Majerska") and Elijah Lee ("Lee") (collectively, "Defendants"). (ECF Nos. 78, 81.) Plaintiff, the United States of America (the "Government") opposed (ECF No. 83), and Defendant Majerska replied in further support (ECF No. 84). The Court has carefully considered the parties' submissions and heard oral argument on July 26, 2024. For the reasons stated in the accompanying Opinion, and for good cause shown

**IT IS** on this 7th day of February 2025,

**ORDERED** that the motions to suppress filed by Defendant Majerska (ECF No. 78) and Defendant Lee (ECF No. 81) are hereby **DENIED**.

_____
**JULIEN XAVIER NEALS**
United States District Judge